UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA GLENN )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>ADVANCED SPINE FIXATION )<br>SYSTEMS, INC., )<br>      Defendant. ) | CIVIL ACTION NO. 96-594 |

### MOTION OF PLAINTIFF TO DISMISS CLAIMS AGAINST ADVANCED SPINE FIXATION SYSTEMS, INC. AND ALL REMAINING DEFENDANTS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Cynthia Glenn, who moves this Honorable Court, to dismiss all claims asserted in her petition, with prejudice, against Advanced Spine Fixation Systems Inc. and all remaining Defendants on the grounds that Plaintiff has amicably compromised and settled all disputes and claims arising out of the instant case against Advanced Spine Fixation Systems, Inc. and all other settling parties listed in Exhibit "A", attached.

WHEREFORE, Plaintiff, Cynthia Glenn, prays that this action be dismissed with prejudice in its entirety as to Advanced Spine Fixation Systems, Inc. and all remaining Defendants and that each party bear its own costs.



Respectfully submitted,

Date:   March 10, 2005

Fred S. Longer, Esquire
(I.D. No. 46653)
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (telephone)
215-592-4663 (telecopier)

**Counsel for Plaintiffs**

## EXHIBIT "A"

Parties to be released as part of the Agreement include Advanced Spine Fixation Systems Incorporated, Alfra Industries, Inc., Robert S. Howland, Curtis W. Spencer III, M.D., James Thomas, Jr., M.D., Leon L. Wiltse, M.D., the Estate of David K. Selby (collectively referring to David K. Selby, M.D., The Estate of David K. Selby, M.D., and Nancy Selby, as Administratrix of The Estate of David K. Selby, M.D.), Biomet North Central, California Medical Corp., Desert Spine, Dunnamics, Inc., Great Basin Medical, Inc., Intermountain Medical, J-Medics, Joint Venture, Inc., Manning Medical, Midway Medical, Inc., Ortho Medix, Inc., Ortho Sales, Inc., Osteo Concepts, Panacea Surgical, Inc., Paragon Associates, Peachtree Medical, Pierce Medical Products, Precision Surgical System, Inc., So Cal Spine, Southern Surgical, Werner Medical, Inc., Cormack Medical, In c., Marco Medical, I nc., Medicos, Medical Products International, Inc., Midsouth Surgical, Inc., Neoteric Spine, Orthopedica, Wiltse Spine Institute f/k/a California Spine Surgery Medical Group, Long Beach Memorial Center, General Star Indemnity Company, Continental Casualty (which shall mean and include: (a) Continental Casualty Company; (b) those entities which operate un der the fleetname "CNA Insurance Companies" and/or thos e authorized to use the service mark "CNA" and the respective past, present and future agents, attorneys, employees, officers, directors, shar eholders, insurers, reinsurers, parent entities , subsidiaries, affiliates, predecessors and succe ssors-in-interest of the en tities identified o r described herein.), The Home Insurance Compa ny, The CNA Insurance Company, CAPMPT, American Continental Insurance Company, R obert Williams, Franz Isaac, Ken Fitzgerald, Leo Fuselli, Dr. Michael Zinkrick, Dr. Richard Sal ib, and all other current and former officers, directors, employees, distributors o r sales representatives of Advanced Spine Fixation Systems Incorporated, Advanced Spine Fixation Systems Incorporated Medical Advisory Panel Members, Advanced Spine Fixation Systems Incorporated, Southwestern Orthopedic Medical Group , Channel Islands Orthopedic Medical Group, Dr. Russell Nelson, Dr. Daniel Capen, Dr. Steven Nagelberg, and Dr. John Larson, consultants, agents, attorneys, shareholders, vendors, and raw

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Dismiss Claims Against Advanced Spine Fixation Systems, Inc. and all Remaining Defendants with Prejudice has been served on this 10th day of March, 2005, via United States first class mail, postage prepaid, upon the following person:

> E. Ashley Carter, Esquire
> Pajares & Schexnaydre, L.L.C.
> 103 Northpark Blvd.
> Suite 110
> Covington, Louisiana 70433-6103

FRED S. LONGER

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA GLENN  Plaintiff, | )<br>)<br>) CIVIL ACTION NO. 96-594 |
| vs. | )<br>) |
| ADVANCED SPINE FIXATION SYSTEMS, INC.,  Defendant. | )<br>)<br>) |

## ORDER

Considering Plaintiff, Cynthia Glenn's *ex parte* Motion to Dismiss with prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that all claims of Plaintiff, Cynthia Glenn, against Defendant, Advanced Spine Fixation Systems, Inc. and all remaining Defendants, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs.

_____, Delaware, this _____ day of _____, 2005.


_____
**UNITED STATES DISTRICT COURT JUDGE**