UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA GLENN Plaintiff, | ) )  ) CIVIL ACTION NO. 96-594- KAJ |
| vs. | ) ) |
| ADVANCED SPINE FIXATION SYSTEMS, INC., Defendant. | ) ) ) |

## ORDER

Considering Plaintiff, Cynthia Glenn's *ex parte* Motion to Dismiss with prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that all claims of Plaintiff, Cynthia Glenn, against Defendant, Advanced Spine Fixation Systems, Inc. and all remaining Defendants, be and the same are hereby dismissed, with prejudice, with each party to bear its own costs.

Wilmington, Delaware, this 17th day of March, 2005.

UNITED STATES DISTRICT COURT JUDGE